1118

## T. W. CARNEAL v. STATE.
No. 14575.

Court of Criminal Appeals of Texas.
June 26, 1931.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

Offense, theft of turkey; punishment, one year in the penitentiary.

Affidavit in proper form has been filed by appellant requesting that the appeal in this case be withdrawn.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Phil CONLEY v. STATE.
No. 14577.

Court of Criminal Appeals of Texas.
June 26, 1931.

James Patteson, of Cooper, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is murder; the punishment, confinement in the penitentiary for 5 years.

Upon written request of appellant, duly verified by affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Cecil EPPS, alias J. C. Clare, v. STATE
(two cases).
Nos. 14567, 14569.

Court of Criminal Appeals of Texas.
June 24, 1931.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is receiving and concealing stolen property; the punishment, confinement in the penitentiary for three years.

Upon written request of appellant, duly verified by affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Cecil EPPS, alias J. C. Clare, v. STATE.
No. 14568.

Court of Criminal Appeals of Texas.
June 24, 1931.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

Offense, receiving and concealing stolen property; punishment, four years in the penitentiary.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.